# 08CR 329

Minute Order Form (rev. 4/99)

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other Than Assigned Judge | Maria Valdez |
|---|---|---|---|
| CASE NUMBER | 07 GJ 1004 | DATE | APRIL 17, 2008 |
| CASE TITLE | US v. PERRY FREEMON, KENDRAH SANDERS and MICHAEL SANDERS | | |

Motion:   (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3ʳᵈ - party plaintiff, and (b) state briefly the nature of the motion being presented.)

## GRAND JURY PROCEEDING

The Grand Jury for the **SPECIAL JUNE 2007** Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _____ *Maria Valdez*

Docket Entry:

TO ISSUE BENCH WARRANT AND THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142 AS TO ALL DEFENDANTS.

### JUDGE AMY ST. EVE

### MAGISTRATE JUDGE SCHENKIER

# FILED

APR 17 2008  TC

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE _____

(ONLY IF FILED UNDER SEAL)

| | | | | | | Number of notices | DOCKET# |
|---|---|---|---|---|---|---|---|
| | No notices required, advised in open court. | | | | | Date docketed | |
| | No notices required. | | | | | Docketing | |
| | Notices mailed by judge's staff. | | | | | dpty. initials | |
| | Notified counsel by telephone. | | | | | Date mailed notice | |
| | Docketing to mail notices | | | | | Mailing | |
| | Mail AO 450 form. | | | | | dpty. initials | |
| | Copy to judge/magistrate judge. | | | | | | |
| | Courtroom Deputy Initials | | Date/time received in Central Clerk's office | | | | |