# United States District Court, Northern District of Illinois

*MHN*

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | Morton Denlow |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 329 - 1 | **DATE** | 4/28/2008 |
| **CASE TITLE** | USA vs. Perry Freemon | | |

**DOCKET ENTRY TEXT**

Arraignment and plea held. Defendant waives formal reading of the indictment and enters a plea of not guilty to all counts of the indictment. Defendant informed of rights. Enter order appointing John Murphy to represent defendant for arraignment only. 16.1(a) conference to be held by or on 5/5/08. Status hearing set before Judge St Eve on 5/7/08 at 8:45 a.m. Government's oral motion to exclude time is granted. Time ordered excluded to 5/7/08 pursuant to 18:3161(h)(1)(F) (X-E). Defendant to remain in custody pending detention hearing set for 5/1/08 at 1:30 p.m. before Magistrate Judge Schenkier.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:07

| | | Courtroom Deputy Initials: | DK |
|---|---|---|---|