**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                        Case No.: 1:08–cr–00329
                                                    Honorable Amy J. St. Eve

Perry Freemon, et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 8, 2008:

      MINUTE entry before Judge Honorable Amy J. St. Eve:as to Perry Freemon, Kendrah Sanders, Michael Sanders, Status hearing held on 5/8/2008. Enter appearance of Marvin Bloom as counsel for Perry Freemon. Defendant Perry Freemon's oral motion to waive his appearance at the next status hearing is granted. ( Status hearing set for 6/9/2008 at 08:45 AM.), Pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. 3161 (h)(8)(B)(i)time is excluded in the interest of justice beginning 5/8/2008 to 6/9/2008. Mailed notice (tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.